IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL J. HERNANDEZ; ILANA HERNANDEZ, | No. 2:19-cv-0508-SU |
| Plaintiff, | ORDER |
| v. | |
| WALMART INC., | |
| Defendant. | |

HERNÁNDEZ, District Judge:

Magistrate Judge Sullivan issued a Findings and Recommendation [ECF 25] on July 23, 2020, in which she recommends that the Court dismiss this action without prejudice for failure to prosecute and failure to comply with the Magistrate Judge's Order to Show Cause [ECF 24]. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Sullivan's Findings and Recommendation [ECF 25]. Accordingly, this case is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED: _____August 21, 2020_____.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER